IN THE UNITED STATES DISTICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO. 12-111 |
| v. | : | |
| | : | CIVIL ACTION |
| HUNG NGOC VUONG | : | NO. 16-3413 |

## **ORDER**

AND NOW, this 24th day of April, 2024, upon consideration of Defendant Hung Ngoc Vuong's Motion to Correct Sentence Under 28 U.S.C. § 2255 (Document No. 35), and the Government's Response in opposition, it is hereby ORDERED the Motion is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,           J.